1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9

Glenn Winningham,

No. CV-13-01120-PHX-NVW

Plaintiff,

10

**ORDER**

11

vs.

12

County of Navajo, et al.,

13

Defendants.

14      Before the Court is Glenn Winningham's Demand to Proceed Without the

15  Payment of Taxes (Doc. 13), which is a motion to take an appeal in forma pauperis.

16      The Court has considered Plaintiff's Notice of Appeal (Doc. 12) in light of the

17  content of the Complaint (Petition) (Doc. 1-1) and the Order dismissing this action (Doc.

18  10).  For the reasons stated in the Order, the Court concludes that the appeal is not taken

19  in good faith and that the appeal may not be taken in forma pauperis.

20      IT IS THEREFORE ORDERED that Glenn Winningham's Demand to Proceed

21  Without the Payment of Taxes on appeal (Doc. 13) is denied.

22      Dated this 22nd day of July, 2013.

23
24

_____

25

Neil V. Wake
United States District Judge

26
27
28